

# THE ATTORNEY GENERAL
## OF TEXAS

CRAWFORD C. MARTIN
ATTORNEY GENERAL

AUSTIN, TEXAS 78711

April 5, 1971

Honorable Lauro Cruz
Chairman, Public Lands and
  Buildings Committee
Capitol Building
Austin, Texas 78711

Opinion No. M- 826

Re: Whether H.B. No. 22, 62nd
    Leg., R.S., 1971, is in
    substance covered by
    Article 6145-9, Vernon's
Dear Representative Cruz:     Civil Statutes.

      Your recent letter inquires whether the substance of
H.B. No. 22, 62nd Leg., R.S., 1971, is already covered by Article
6145-9, Vernon's Civil Statutes.

      We are of the opinion that Article 6145-9 does not
expressly or specifically make provision for those things apparently sought to be accomplished by H.B. No. 22.

      H.B. No. 22 reads as follows:

      "Section 1. Chapter 500, Acts of the 55th
Legislature, Regular Session, 1957, as amended
(Article 6145, Vernon's Texas Civil Statutes),
is amended by adding a Section 9c to read as
follows:

      'Section 9c. (a) No county may alter, damage,
destroy, sell, or lease the courthouse of the county
without first giving six months' notice to the Texas
State Historical Survey Committee.

      '(b) If, after notice, the Committee determines
that a courthouse has historical significance worthy
of preservation, the Committee shall notify the commissioners court of the county within 30 days after
receiving notice from the county. A county may not
alter, damage, destroy, sell, or lease its courthouse for 180 days after receiving notice from the

-4005-

Committee.  The Committee shall cooperate with interested persons during the 180-day period to preserve the historical heritage of the courthouse.

'(c) A county may carry out ordinary maintenance and repairs of its courthouse without notice to the Committee.'"

Section 6 of Article 6145-9 provides that certain buildings of "historical, archeological, scientific, or educational interest" are State Archeological Landmarks and the property of the State of Texas, but the statute does not in terms provide that a county courthouse is a building of "historical, archeological, scientific, or educational interest".

We answer your inquiry in the negative.

### S U M M A R Y

The requirement of H.B. 22, 62nd Leg., R.S., 1971, that "No county may alter, damage, destroy, sell, or lease the courthouse of the county without first giving six months' notice to the Texas State Historical Survey Committee" is not comprehended within the Antiquities Code of Texas (Art. 6145-9, V.C.S.).

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

By NOLA WHITE
First Assistant

Prepared by James S. Swearingen
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman
Kenneth Nordquist
William J. Craig
Linward Shivers
Malcom Smith

MEADE F. GRIFFIN
Staff Legal Assistant

ALFRED WALKER
Executive Assistant